856

No. 231, Misc. PENNSYLVANIA EX REL. BRUNO *v.* CAVELL, WARDEN. The motion to substitute James F. Maroney in the place of Angelo C. Cavell as the party respondent is granted. In view of the representations by the Attorney General of Pennsylvania that the Supreme Court of Pennsylvania has agreed to allow the filing of appeals by indigent litigants without the payment of the required statutory filing fees, petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Anne X. Alpern,* Attorney General of Pennsylvania, and *Frank P. Lawley, Jr.,* Deputy Attorney General, for respondent.

No. 744, Misc. LEBEAU *v.* ILLINOIS DEPARTMENT OF PUBLIC SAFETY, BIBB, DIRECTOR. The motions of Talbot Jennings, Allan Foster, Douglas McMiller, and Frank Johnson for leave to file briefs, as *amicus curiae,* are denied. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 797, Misc. CARTER ET AL. *v.* McELROY, SECRETARY OF DEFENSE, ET AL. The motion to substitute Thomas S. Gates, Jr., in the place of Neil H. McElroy as a party respondent is granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. *Alfred Avins* for petitioners. *Solicitor General Rankin, Acting Assistant Attorney General Ryan, Harold H. Greene* and *David Rubin* for respondents.

No. 881, Misc. SMITH *v.* WILKINSON, WARDEN. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit and for other relief denied. Petitioner *pro se. Solicitor General Rankin, Acting Assistant Attorney General Ryan* and *Harold H. Greene* for respondent.